# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1573
_____

AMON RICHARDS,

Petitioner,

v.

TED GJERDE, RICKY D. DIXON,
Secretary, Florida Department
of Corrections,

Respondents.

_____


Petition for Writ of Mandamus—Original Jurisdiction.



November 22, 2023



PER CURIAM.

The Court dismisses the petition for writ of mandamus as moot. *See Farrior v. State,* 343 So. 3d 159, 160 (Fla. 1st DCA 2022) (dismissing the petition for writ of mandamus as moot where the trial court had given the petitioner a ruling on the pending pleading below).

ROWE, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Amon Richards, pro se, Petitioner.

Ashley Moody, Attorney General, and Ravi N. Sharma, Assistant Attorney General, Tallahassee, for Respondents.